UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-CR-80170-RKA

UNITED STATES OF AMERICA,

vs.

JOHN AGBI,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around August 2018 through in or around April 2019, Defendant JOHN AGBI ("AGBI" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee, wrist, back, and shoulder braces (collectively, "braces") that were medically necessary. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.

Company 1 was a Florida corporation purportedly doing business in the Southern District of Florida. Individual 1 was an owner and operator of Company 1. Individual 2 was the office manager of Company 1. As a physician employed by Company 1, AGBI accepted kickbacks from Company 1 in exchange for signing doctors' orders for medically unnecessary DME, including knee, wrist, back, and shoulder braces, which Company 1 then sold to DME companies and to call centers who in turn sold them to DME companies. DME companies then used the doctors' order to fraudulently bill the medically unnecessary DME to Medicare and other health care programs and insurance companies.

At the behest of Individual 1 and Individual 2, AGBI signed the doctors' orders without a physical examination and without speaking to the patients for whom he was prescribing DME, and regardless of medical necessity. Company 1 paid AGBI approximately $30-40 per "consult" performed, with the expectation that a "consult" would result in a signed doctors' order. A "consult" generally consisted of reviewing patient information provided to him through an electronic portal and signing the doctors' orders electronically through the portal. The portal pre-populated his prescriptions for DME; he was not able to prescribe alternative treatment options.

The doctors' orders that AGBI signed, and which Company 1 sold, were used to fraudulently bill Medicare at least $7,564,811.44 for medically unnecessary DME.

Date: 11.4.2019

By: _____
SARA CLINGAN
CATHERINE WAGNER
TRIAL ATTORNEYS
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 11/04/19

By: _____
JOHN AGBI
DEFENDANT

Date: 11/4/19

By: _____
BRIAN RAFFERTY, ESQ.
COUNSEL FOR DEFENDANT